IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN W. HARPER,

    Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D16-2554

ROBERT D. RICHARDSON
AND BARBARA S.
RICHARDSON,

    Appellees.

_____/

Opinion filed September 13, 2016.

An appeal from an order of the Circuit Court for Clay County.
Michael S. Sharrit, Judge.

Preston H. Oughton and Christopher D. Keever, Jacksonville, for Appellant.

John D. Middleton, Melrose, for Appellees.

PER CURIAM.

    DISMISSED.  Jensen v. Whetstine, 985 So. 2d 1218, 1220 (Fla. 1st DCA 2008) ("An order is not an appealable partial final order where there is a factual overlap between the pending claims and the claims resolved by the order.").

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.